**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Denn-Ohio, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-1813557** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3127 Plainfield Ave NE**<br>**Grand Rapids, MI 49505**<br>Number, Street, City, State & ZIP Code | **9299 Northcreek Woods**<br>**Lambertville, MI 48144**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Kent**<br>County | Location of principal assets, if different from principal place of business<br>**Multiple Locations in Michigan, Ohio, and Kentucky**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Denn-Ohio, LLC**
    Name

Case number (*if known*) _____

---

**7.**  **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    <u>2511</u>

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

| Debtor | **Denn-Ohio, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13.  Debtor's estimation of available funds**  .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor **Denn-Ohio, LLC**
_____
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Denn-Ohio, LLC**                                                    Case number (*if known*) _____
_____
         Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 31, 2023**
              _____
              MM / DD / YYYY

**X** **/s/ Thomas F. Pilbeam**                          **Thomas F. Pilbeam**
   _____               _____
   Signature of authorized representative of debtor      Printed name

Title   **Member**
        _____

**18. Signature of attorney**

**X** **/s/ Steven M. Bylenga**                    Date   **October 31, 2023**
   _____                    _____
   Signature of attorney for debtor                     MM / DD / YYYY

**Steven M. Bylenga P73492**
_____
Printed name

**CBH Attorneys & Counselors, PLLC.**
_____
Firm name

**MAIN OFFICE**
**25 Division Avenue S., Suite 500**
**Grand Rapids, MI 49503**
_____
Number, Street, City, State & ZIP Code

Contact phone   **616-608-3061**        Email address   **nikki@chasebylenga.com**

**P73492 MI**
_____
Bar number and State

# Exhibit A

# Consent Resolution to Reorganize under Chapter 11, Subchapter V, of the United States Bankruptcy Code

WHEREAS, Denn-Ohio, LLC is a Michigan limited liability company ("Company"); and

WHEREAS, Thomas F. Pilbeam, Sr. is the sole member of Company;

WHEREAS, the Member has reviewed the financial condition of Company and discussed options for continued operation of the Company as a going concern; and

WHEREAS, the Members has been advised by counsel to the Company regarding the various methods available to the Company for restructuring its financial affairs or winding down its business affairs and liquidating the Company's assets, including filing for relief under Title 11 of the United States Code (the "Bankruptcy Code"), assignment for the benefit of creditors, or settlement of claims with individual creditors of the Company; and

WHEREAS, the Members has determined that it is in the best interest of the Company, its creditors, shareholders, employees, and other interested parties, that the Company attempt to restructure its financial affairs under the provisions of Chapter 11, Subchapter V, of the Bankruptcy Code based on the Member's analysis of each of the other alternatives and management's recommendations with respect thereto; and

WHEREAS, the Members wishes to authorize the officers of the Company to take certain actions in connection with commencing and prosecuting a Chapter 11, Subchapter V case, including filing a voluntary petition for relief under the provisions of the Chapter 11, Subchapter V, of the Bankruptcy Code and causing a Plan of Reorganization to be prepared for consideration and approval by the Company's creditors, members, other interest parties, and the Bankruptcy Court;

NOW THEREFORE IT IS RESOLVED that, in the judgment of the Member, it is desirable and in the best interests of the Company, its creditors, members, employees, and other interested parties, that the Company commence a Chapter 11 case by filing a voluntary petition for relief under the provisions of Chapter 11 of the Bankruptcy Code; and it is

FURTHER RESOLVED that Thomas F. Pilbeam, Sr. (the "Authorized Officer") be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Western District of Michigan in which the principal executive offices of the Company are located (the "Bankruptcy Court") at such time as said authorized officer executing the same shall determine; and it is

FURTHER RESOLVED that the Authorized Officer and such other officers of the Company as the Authorized Officer shall from time to time designate, be, and hereby are, authorized and empowered on behalf of, and in the name of the Company to execute and file all petitions, schedules, lists, and other papers and to take any and all action that the Authorized Officer may deem necessary, proper, or desirable in connection with the Chapter 11 case, with a view to successful prosecution of the case; and it is

FURTHER RESOLVED that the law firm of CBH Attorneys & Counselors, PLLC, with offices at 25 Division S., Suite 500, Grand Rapids, Michigan 49503 be, and hereby is, employed as attorneys for the Company under an Engagement Letter and pursuant to such other terms and conditions as the Authorized Officer may determine and as set forth in a written retainer

agreement; and it is

FURTHER RESOLVED that the Authorized Officer and such other officers of the Company as the Authorized Officer shall from time to time designate, be, and hereby are, authorized and empowered on behalf of, and in the name of, the Company to retain and employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Company's Chapter 11 case on such terms as are deemed necessary, proper, or desirable; and it is

FURTHER RESOLVED that the Authorized Officer and such other officers of the Company as the Authorized Officer shall from time to time designate, be, and hereby are, authorized and empowered on behalf of, and in the name of, the Company to take such action as may reasonably be required to settle or reduce the claims of creditors of the Company and/or receive value from the use or sale of the Company's assets prior to the commencement of the Company's Chapter 11 case; and it is

FURTHER RESOLVED that the Authorized Officer shall, with the assistance of counsel, enter into discussions with creditors of the Company with respect to the terms and conditions of an acceptable Plan of Reorganization, which Plan shall be submitted to the Member for review and approval, and take such actions as may be required to obtain the approval of such Plan by the Company's creditors, member, and the Bankruptcy Court; and it is

FURTHER RESOLVED that upon confirmation of the Plan of Reorganization the officers of the Company shall take such actions as may be reasonably required in order for the Company to perform its obligations under such Plan, including entering into such agreements with creditors of the Company as may be necessary to restructure any outstanding obligations of the Company to such creditors; and it is

FURTHER RESOLVED that the officers of the Company shall render regular reports to the Member regarding the progress of the Chapter 11 case and that the officers and the Member shall continue to meet on a regular basis during the Chapter 11 case to discharge its duties as the debtor-in-possession of the Company's assets.

Dated: __10/23/23__            By: _____
                                    Thomas F. Pilbeam, Sr.

# Exhibit B

# Balance Sheet
### As of 8/23/2023

|  | Denn-Ohio, LLC |
|---|---|
| **ASSETS** | |
| **Current Asset** | |
| Cash on Hand | 4,505 |
| **Cash in Bank** | |
| Cash in Bank - PNC Bank (DO) - 0232 | 201,612 |
| Cash in Bank - PNC Bank (PTS) | |
| Cash in Bank - Chase | 28,488 |
| Cash in Bank - PNC Bank (Deposit) - 3856 | -17,316 |
| Cash in Bank - Huntington Bank | |
| Cash in Bank - Waterford Bank (DO) | 787,678 |
| Undeposited Funds | 9,096 |
| Total Cash in Bank | 1,009,558 |
| **Due To/From Affiliates** | |
| Due To/From PTS Hospitality | 269,050 |
| Due To/From JMAD Hospitality | 207,709 |
| Due To/From Denn-Ohio LLC | |
| Total Due To/From Affiliates | 476,759 |
| **Due To/From Denny's Inc.** | |
| OLO Credit Card Receivable | 4,935 |
| A/R-Denny's Inc. | 81,727 |
| Total Due To/From Denny's Inc. | 86,662 |
| **Other Receivables** | |
| A/R - Health Insurance | 1,500 |
| Total Other Receivables | 1,500 |
| Third Party Delivery Receivable | 43,499 |
| A/R Gift Cards | 3,255 |
| **Prepaid Expenses** | |
| Prepaid Insurance | 117,613 |
| Prepaid Worker's Compensation | 2,921 |
| Prepaid Other | 19,444 |
| Prepaid Corporate Taxes | 13,703 |
| Total Prepaid Expenses | 153,681 |
| **Inventory** | |
| Inventory-Food & Non-Ingredients | 250,000 |
| Total Inventory | 250,000 |
| **Total Current Asset** | **2,029,420** |
| **Fixed Asset** | |
| **Equipment** | |
| Equipment | 2,442,454 |
| Total Equipment | 2,442,454 |
| Leasehold Improvements | 1,605,775 |

Not subjected to an audit, review, or compilation; therefore, no assurance is provided.

| | Denn-Ohio, LLC |
|---|---:|
| Furniture & Fixtures | 1,008,425 |
| Software | 6,269 |
| Other Long-Term Assets | 34,190 |
| Accumulated Depreciation | -4,304,826 |
| **Total Fixed Asset** | **792,288** |
| **Other Asset** | |
| Utility Deposits | 38,427 |
| Loan Fees | 536,900 |
| Franchise Fee | 440,000 |
| Goodwill | 1,380,333 |
| Accumulated Amortization | -812,952 |
| **Total Other Asset** | **1,582,708** |
| **Total ASSETS** | **4,404,416** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liability** | |
| **Accounts Payable** | |
| Accounts Payable Trade | 857,627 |
| A/P - Capital One Credit Card | 1,377 |
| Accounts Payable - PNC Visa | 1,702 |
| Sales Tax Payable | 63,524 |
| Total Accounts Payable | 924,231 |
| **Due To/From Denny's Inc.** | |
| Accrued Royalties | 37,168 |
| Accrued Advertising | 24,779 |
| DFO Payable | 53,074 |
| Total Due To/From Denny's Inc. | 115,021 |
| **Accrued Payroll** | |
| Payroll Clearing | 730 |
| Accrued Payroll/Payroll Taxes | 176,924 |
| Total Accrued Payroll | 177,654 |
| Accrued Interest | 49,251 |
| Accrued Expenses | 24,364 |
| Accrued Property Tax | 54,068 |
| Accrued Rent | 48,358 |
| Unclaimed Payroll Checks | 30,927 |
| Current Portion of Long-Term Debt | 3,661,978 |
| Ins. Premium Fin. Liability | 117,889 |
| **Total Current Liability** | **5,203,741** |
| **Long Term Liability** | |
| **Notes Payable - First Financial Capital** | |
| N/P First Financial Capital 116948 | 2,618,476 |
| N/P First Financial - PTS Amount | 0 |
| N/P First Financial Capital - 118460 | 530,541 |
| Total Notes Payable - First Financial Capital | 3,149,016 |

**Notes Payable - First Franchise Capital**

Not subjected to an audit, review, or compilation; therefore, no assurance is provided.

|  | Denn-Ohio, LLC |
|---|---:|
| N/P First Franchise Capital 118569 (7927) | |
| N/P First Franchise Capital 118973 (7926) | |
| Total Notes Payable - First Franchise Capital | |
| N/P - Biz2Credit | 475,000 |
| N/P Capital Lease - Alliance Funding – Denn Ohio | 179,985 |
| N/P Capital Lease - Alliance Funding – PTS | |
| Less: Current Portion of Long-Term Debt | -3,661,978 |
| **Total Long Term Liability** | **142,023** |
| **Total Liabilities** | **5,345,765** |
| **Equity** | |
| **Equity** | |
| **Members' Equity** | |
| Member Capital - Tom Pilbeam | -34,534 |
| Member Capital - Nancy Pilbeam | |
| Member Capital - Tom Pilbeam Jr | |
| Member Capital - Jack Thompson | -23,206 |
| Member Draw - Tom Pilbeam | |
| Retained Earnings | -143,254 |
| YTD Income | -740,354 |
| Total Members' Equity | -941,349 |
| **Total Equity** | **-941,349** |
| **Total Equity** | **-941,349** |
| **Total LIABILITIES & EQUITY** | **4,404,416** |

Not subjected to an audit, review, or compilation; therefore, no assurance is provided.

# Profit & Loss -YTD
### YTD Period Ending 08/23/2023

|  | Denn-Ohio, LLC |
|---|---|
| **Sales** | |
| Regular Food Sales | 7,516,342 |
| Third Party Delivery Sales | 2,294,836 |
| **Sales Discounts** | |
| Discounts | -426,733 |
| Total Sales Discounts | -426,733 |
| **Total Sales** | **9,384,445** |
| **Prime Cost** | |
| **Food Costs** | |
| Early Pay Discount MBM | -11,770 |
| Butter | 66,333 |
| Cheese | 114,692 |
| Soup | 6,678 |
| Coffee | 35,740 |
| Desserts | 66,423 |
| Soft Drinks | 72,401 |
| Steaks | 218,965 |
| Ground Beef | 163,553 |
| Fish | 28,098 |
| Poultry | 145,348 |
| Pork | 228,155 |
| Other Meats | 48,765 |
| Hash Browns | 56,977 |
| French Fries | 103,723 |
| Juices | 25,156 |
| Produce | 213,645 |
| Dairy | 84,132 |
| Eggs | 145,375 |
| Bread & Rolls | 111,837 |
| Other Groceries | 550,782 |
| Total Food Costs | 2,475,008 |
| | |
| **Labor, Taxes, Insurance & Fringe Benefits** | |
| | |
| **Labor Costs** | |
| **Team Labor Costs** | |
| Host/Hostess | 118,835 |
| Cooks | 959,752 |
| Servers | 712,776 |
| Server Assistant | 375,704 |
| Server Trainee | |
| Cook Trainee | |
| Host Trainee | |
| Total Team Labor Costs | 2,167,068 |
| **Management Labor** | |
| PT Managers/Star Coordinator | 83,728 |
| Management | 474,169 |
| Total Management Labor | 557,897 |
| Total Labor Costs | 2,724,965 |
| **Taxes, Insurance & Fringe Benefits** | |
| Payroll Taxes | 302,843 |
| Worker's Compensation Insurance | 18,773 |
| Payroll Consulting | 2,651 |

Not subjected to an audit, review, or compilation; therefore, no assurance is provided.

| | Denn-Ohio, LLC |
|---|---|
| Vacation Pay | 2,453 |
| Health & Life Insurance | 9,292 |
| Min Wage Makeup Tips | 19,382 |
| Total Taxes, Insurance & Fringe Benefits | 355,393 |
| Total Labor, Taxes, Insurance & Fringe Benefits | 3,080,358 |
| **Total Prime Cost** | **5,555,366** |
| **Operating Expense** | |
| **Non-Ingredient Costs** | |
| **Table Seating Requirements** | |
| China | 7,166 |
| Glassware | 514 |
| Silverware | 5,697 |
| Total Table Seating Requirements | 13,377 |
| **Other Non-Ingredient Costs** | |
| Replacements | 34,111 |
| Other Non-Ingredient | 25,873 |
| Total Other Non-Ingredient Costs | 59,983 |
| Smallwares | 32,683 |
| Paper Products | 181,290 |
| Detergents | 32,063 |
| Janitorial Costs | 25,056 |
| Total Non-Ingredient Costs | 344,452 |
| **Repairs/Maintenance** | |
| Trash Removal | 48,023 |
| **Repairs** | |
| Repairs-Equipment | 35,180 |
| Repairs-Building | 11,338 |
| Repairs-Refrigeration/HVAC | 50,665 |
| Repairs-Plumbing | 7,990 |
| Total Repairs | 105,173 |
| **POS Maintenance** | |
| POS Repair/Maintenance | 19,111 |
| Total POS Maintenance | 19,111 |
| **Recurring Maintenance** | |
| Recurring Maintenance- | 9,495 |
| Total Recurring Maintenance | 9,495 |
| Landscaping & Grounds | 8,010 |
| Pest Control | 3,134 |
| Grease Trap Service | 3,599 |
| Flu/Steam Cleaning | 8,662 |
| Total Repairs/Maintenance | 205,206 |
| **Other Costs** | |
| Kids Program | 5,239 |
| Office Supplies | 9,226 |
| Postage | 1,063 |
| Menus | 12,412 |
| Over/Short Cash | 66,423 |
| Operating Supplies | 30,561 |
| Uniforms | 835 |
| Co-op Advertising | 24,192 |
| Local Store Marketing | 6,755 |
| **Miscellaneous Expenses** | |
| Miscellaneous Expense | 19,601 |
| Total Miscellaneous Expenses | 19,601 |
| Property Insurance-liab/umb/EPL | 76,749 |

Not subjected to an audit, review, or compilation; therefore, no assurance is provided.

|  | Denn-Ohio, LLC |
|---|---|
| Total Other Costs | 253,055 |
| **Utilities** | |
| **Telephone & Internet** | |
| Telephone | 26,509 |
| Internet | 22,824 |
| Total Telephone & Internet | 49,333 |
| Cable | 10,685 |
| Electricity | 190,019 |
| Gas | 138,087 |
| Water | 38,354 |
| Total Utilities | 426,479 |
| **Total Operating Expense** | **1,229,192** |
| **Non Controllable Expense** | |
| **Non-Operating Costs** | |
| Accounting - Tax Returns | 10,720 |
| Accounting Fees | 201,573 |
| Professional Fees | 260,937 |
| DFO Distribution Charges | 2,935 |
| Royalties | 419,232 |
| National Advertising | 279,488 |
| Bank Fees | 22,215 |
| Gift Card Processing Fees | 6,404 |
| Delivery Fees | 11,637 |
| Recruiting | 346 |
| Credit Card Chargebacks | 2,473 |
| Credit Card Fees | 126,075 |
| Donations | 1,967 |
| Equipment Rental | 15,349 |
| Third Party Delivery Fees | 658,901 |
| Property Taxes | 82,098 |
| Licenses & Taxes | 14,859 |
| Seminars/Memberships | 2,400 |
| Dues and Subscriptions | 1,467 |
| Automobile Expenses | 17,870 |
| Travel | 419 |
| Meals/Entertainment | 377 |
| Legal & Professional Fees | 30,363 |
| **Real Property Rent** | |
| Building Rent | 529,801 |
| Percentage Rent | 189,458 |
| Total Real Property Rent | 719,259 |
| Common Area Maintenance | 1,500 |
| POS Call Center Support | 16,151 |
| Security | 13,712 |
| Payroll Preparation Fees | 40,155 |
| Total Non-Operating Costs | 2,960,883 |
| **Total Non Controllable Expense** | **2,960,883** |
| **Corporate Overhead & Other** | |
| Miscellaneous Income | -210,921 |
| **Other (Income) Expense** | |
| Amortization Expense | 40,894 |
| Depreciation Expense | 125,192 |
| Interest Expense | 416,338 |
| Fines and Penalties | 4,197 |
| Other Income/Expense | 233 |
| PPP Loan #1 Forgiveness/ERC | |

Not subjected to an audit, review, or compilation; therefore, no assurance is provided.

| | Denn-Ohio, LLC |
|---|---:|
| Guaranteed Payments - TP | 3,425 |
| P/R Reported Tips | 716,840 |
| 8027 - Clearing | -716,840 |
| Total Other (Income) Expense | 590,279 |
| **Total Corporate Overhead & Other** | **379,358** |
| **Net Profit** | **-740,354** |

Not subjected to an audit, review, or compilation; therefore, no assurance is provided.

Form **1065**

Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2022, or tax year beginning _____, 2022, ending _____, 20 _____.
Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2022**

| A Principal business activity | Name of partnership | D Employer identification number |
|---|---|---|
| RESTAURANT | DENN-OHIO LLC | 27-1813557 |
| B Principal product or service | Type or Print — Number, street, and room or suite no. If a P.O. box, see instructions. | E Date business started |
| RESTAURANT | 9299 NORTHCREEK WOODS | 07/25/2010 |
| C Business code number | City or town, state or province, country, and ZIP or foreign postal code | F Total assets (see instructions) |
| 722511 | LAMBERTVILLE, MI  48144 | $ 6,303,704. |

G Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return

H Check accounting method: (1) ☐ Cash  (2) ☒ Accrual  (3) ☐ Other (specify): _____

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year: **2**

J Check if Schedules C and M-3 are attached . . . ☐

K Check if partnership: (1) ☐ Aggregated activities for section 465 at-risk purposes  (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution: Include only trade or business income and expenses on lines 1a through 22 below. See instructions for more information.**

### Income

| | | | |
|---|---|---:|---:|
| 1a | Gross receipts or sales . . . . . . . . . . . . . . . . . 1a | 17,570,702. | |
| b | Returns and allowances . . . . . . . . . . . . . . . . 1b | 603,221. | |
| c | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . 1c | | 16,967,481. |
| 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . 2 | | 4,656,063. |
| 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . 3 | | 12,311,418. |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) . . . . . 4 | | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) . . . . . . . 5 | | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . 6 | | −81,081. |
| 7 | Other income (loss) (attach statement) . . . . SEE STATEMENT 1. 7 | | 115,313. |
| 8 | **Total income (loss).** Combine lines 3 through 7 . . . . . . . . . 8 | | 12,345,650. |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---:|---:|
| 9 | Salaries and wages (other than to partners) (less employment credits) . . . . . 9 | | 5,253,386. |
| 10 | Guaranteed payments to partners . . . . . . . . . . . . . . 10 | | 14,024. |
| 11 | Repairs and maintenance . . . . . . . . . . . . . . . . 11 | | 286,338. |
| 12 | Bad debts . . . . . . . . . . . . . . . . . . . . 12 | | |
| 13 | Rent . . . . . . . . . . . . . . . . . . . . . 13 | | 1,132,209. |
| 14 | Taxes and licenses . . . . . . . . . . . SEE STATEMENT 1. 14 | | 705,878. |
| 15 | Interest (see instructions) . . . . . . . . . . . . . . . . 15 | | 476,476. |
| 16a | Depreciation (if required, attach Form 4562) . . . . . . 16a | 251,475. | |
| b | Less depreciation reported on Form 1125-A and elsewhere on return 16b | | |
| 16c | | | 251,475. |
| 17 | Depletion (**Do not deduct oil and gas depletion.**) . . . . . . . . 17 | | |
| 18 | Retirement plans, etc. . . . . . . . . . . . . . . . . 18 | | |
| 19 | Employee benefit programs . . . . . . . . . . . . . . . 19 | | 21,785. |
| 20 | Other deductions (attach statement) . . . . . . . SEE STATEMENT 1. 20 | | 5,507,418. |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 . 21 | | 13,648,989. |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 . . . . . . 22 | | −1,303,339. |

### Tax and Payment

| | | | |
|---|---|---:|---:|
| 23 | Interest due under the look-back method - completed long-term contracts (attach Form 8697) . 23 | | |
| 24 | Interest due under the look-back method - income forecast method (attach Form 8866) . . . . 24 | | |
| 25 | BBA AAR imputed underpayment (see instructions) . . . . . . . . . 25 | | |
| 26 | Other taxes (see instructions) . . . . . . . . . . . . . . 26 | | |
| 27 | **Total balance due.** Add lines 23 through 26 . . . . . . . . . . 27 | | |
| 28 | Payment (see instructions) . . . . . . . . . . . . . . . 28 | | |
| 29 | **Amount owed.** If line 28 is smaller than line 27, enter amount owed . . . . . 29 | | |
| 30 | **Overpayment.** If line 28 is larger than line 27, enter overpayment . . . . . . 30 | | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

MEMBER
THOMAS PILBEAM .

Signature of partner or limited liability company member     Date 09/06/2023

May the IRS discuss this return with the preparer shown below? See instructions.   ☒ Yes  ☐ No

### Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| ADAM M BEREBITSKY | ADAM M BEREBITSKY | 09/06/2023 | | P00041515 |

Firm's name  BDO USA  Firm's EIN 13-5381590

Firm's address  1300 EAST NINTH STREET, SUITE 1301
CLEVELAND, OH 44114

Phone no. 216-325-1700

For Paperwork Reduction Act Notice, see separate instructions.

Form **1065** (2022)

JSA  2P1010 1.000

**Fill in this information to identify the case:**

Debtor name **Denn-Ohio, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 31, 2023**          X */s/ Thomas F. Pilbeam*
_____          _____
                                        Signature of individual signing on behalf of debtor

                                        **Thomas F. Pilbeam**
                                        _____
                                        Printed name

                                        **Member**
                                        _____
                                        Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Denn-Ohio, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                    12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Atlas Butler Plumbing Services 4849 Evanswood Dr Columbus, OH 43229** | | **Vendor** | | | | **$6,926.50** |
| **BDO PO Box 642743 Pittsburgh, PA 15264** | | **Accounting Services - Tax and ERC** | | | | **$231,862.00** |
| **Capital One Bank (USA), N.A. PO Box 6492 Carol Stream, IL 60197** | | **Vendor** | | | | **$5,810.50** |
| **Clark County Personal Prop Tax PO Box 1508 Jeffersonville, IN 47131** | | **Vendor** | | | | **$4,905.00** |
| **Consumers Energy PO Box 740309 Cincinnati, OH 45274** | | **Vendor - current invoice** | | | | **$3,826.87** |
| **Cross River Bank 885 Teaneck Rd. Teaneck, NJ 07666** | notices@itriaventures.com. | **All business assets and Employee Retention Tax Credit Proceeds** | | **$475,000.00** | **$0.00** | **$475,000.00** |
| **First Franchise Capital Corp. 8888 Keystone Xing Suite 1700 Indianapolis, IN 46240** | | **All Asset Lien on Debtor's Assets, PTS Hospitality, LLC's Assets, and JMAD Hospitality, LLC's Assets** | | **$3,353,000.00** | **$0.00** | **$3,353,000.00** |
| **Flowers Baking Co. of Bardstow PO Box 847871 Dallas, TX 75284** | | **Vendor** | | | | **$3,694.88** |

| Debtor | **Denn-Ohio, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Granite Telecommunications PO Box 983119 Boston, MA 02298** | | Vendor | | | | **$16,781.13** |
| **Klosterman Baking Co. P.O. Box 71257 Cincinnati, OH 45271** | | Vendor | | | | **$7,226.10** |
| **MBM CORPORATION PO Box 800 Rocky Mount, NC 27802** | | Inventory - paid twice per week. Balance estiamted at filing date. | | **$30,000.00** | **$0.00** | **$30,000.00** |
| **Mike Clark Heating Cooling Ref 100 Zachary Drive Mount Washington, KY 40047** | | Vendor | | | | **$22,961.47** |
| **Nelbud 51 Koweba Lane Indianapolis, IN 46201** | | Vendor | | | | **$14,050.83** |
| **Nolin Rural Electric Co-op 411 Ring Rd. Elizabethtown, KY 42701** | | Utility - current invoice | | | | **$3,537.90** |
| **Norton & Associates Plumbing 4232 Reas Lane New Albany, IN 47150** | | Vendor | | | | **$7,772.71** |
| **Pilot Travel Centers, LLC PO Box 10146 Knoxville, TN 37939** | | Leases Premises | | | | **$240,195.00** |
| **PNC Bank Credit Card PO Box 71335 Philadelphia, PA 19176** | | Credit Services | | | | **$21,636.00** |
| **Pro Services 8132 Merchant Place Portage, MI 49002** | | Vendor | | | | **$7,376.00** |
| **Sirna & Sons Produce 7176 State Route 88 Ravenna, OH 44266** | | Vendor | | | | **$53,988.00** |

Debtor **Denn-Ohio, LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **V.I.P. Refrigeration, Heating, 2882 Johnstown Road Columbus, OH 43219** | | **Vendor** | | | | **$11,276.82** |

**Fill in this information to identify the case:**

Debtor name   **Denn-Ohio, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................................    $ _____ **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................    $ _____ **1,860,816.05**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..........................................................................    $ _____ **1,860,816.05**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ **3,858,000.00**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $ _____ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$ _____ **709,989.26**

4.   Total liabilities ...........................................................................................................
   Lines 2 + 3a + 3b

   $ **4,567,989.26**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Denn-Ohio, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | **$5,000.00** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Waterford Bank (***8072)** | **Business Checking** | **8072** | **$252,598.00** |
| 3.2. | **PNC Bank (***0232) Checking Account** | **Business Checking** | **0232** | **$190,859.00** |
| 3.3. | **PNC Bank (***3856) Checking Account** | **Business Checking** | **3856** | **$0.00** |
| 3.4. | **Chase Bank (***5595) Checking Account** | **Business Checking** | **5595** | **$19,646.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$468,103.00** |
|---|

### Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

Debtor    **Denn-Ohio, LLC**                                    Case number *(If known)* _____
_____
Name

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment
    **Prepaid Professional Fees:**
    **-  Rea (accounting services retainer): $33,135**
8.1.    **- CBH Attorneys (legal services retainer): $4,529.05** _____    **$37,664.05**

8.2.    **Prepaid Corp. Income Taxes: $15,048.00** _____    **$15,048.00**

9.  **Total of Part 2.**                                                              | **$52,712.05** |
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:    **80,000.00**    -    **0.00**    = ....    **$80,000.00**
                               face amount         doubtful or uncollectible accounts

12. **Total of Part 3.**                                                              | **$80,000.00** |
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

| Debtor | **Denn-Ohio, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **Perishable inventory and non-perishable inventory such as cleaning supplies, marketing materials, utensils/plates, and disposable table ware.**<br><br>**Debtor's inventory is primarily comprised of perishable food products, quick turnover inventory, and proprietary Denny's goods.  Accordingly, while the book value of Debtor's inventory is estimated at $25,000.00 per store; Debtor estimates the liquidation value of its inventory at $1,000.00 per store for total inventory value of $10,000.00.** | **$0.00** | **Liquidation** | **$10,000.00** |

23. **Total of Part 5.**                                   **$10,000.00**

   Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
   ☐ No
   ☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☐ No
   ☑ Yes. Book value     0.00   Valuation method   **Liquidation**   Current Value     10,000.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

39. **Office furniture**

Debtor   **Denn-Ohio, LLC**_____   Case number *(If known)* _____
Name

**Miscellaneous Office furnitues - desks, office chairs, etc.**
**Value included under machinery, equipment, and appliances (see # 50 below) based on estimated liquidation value provided by Liquid Asset Partners, which is attached hereto as "Exhibit C."**      $0.00                    $0.00

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**
**Computers, phones, and point-of-sale systems.**
**Value included under machinery, equipment, and appliances (see # 50 below) based on estimated liquidation value provided by Liquid Asset Partners, which is attached hereto as "Exhibit C."**      $0.00                    $0.00

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                              $0.00
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Debtor | **Denn-Ohio, LLC** | | Case number *(If known)* | |
| | Name | | | |

**Kitchen equipment and appliances. Liquidation value estimated at $25,000.00 per store.  Liquidation value based on estimate provided by Liquid Asset Partners, which is attached hereto as "Exhibit C."** | **$0.00** | **$250,000.00**

| 51. | **Total of Part 8.** | **$250,000.00** |
| | Add lines 47 through 50.  Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☒ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

- ☐ No.  Go to Part 10.
- ☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property <br> Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Debtor operates its franchises at ten leased commercial properties. Information related to those leases is attached hereto as "Exhibit D."** | | **$0.00** | | **$0.00** |

| 56. | **Total of Part 9.** | **$0.00** |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☒ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Debtor    **Denn-Ohio, LLC**                                    Case number *(If known)* _____
                    Name

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** **Ten franchise agreements with Denny's, Inc.** | **$0.00** | | **$0.00** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** **Debtor estimates it's goodwill at $1,000,000.00.** **Debtor's good faith estimate of the total value of its goodwill is subject to a number of national, regional, and local economic forces. Accordingly, Debtor's estimate of the total value of its goodwill may increase or decrease based on the financial performance of individual locations and/or as Debtor completes additional due diligence.** | **$0.00** | | **$1,000,000.00** |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **$1,000,000.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

                                                                            **Current value of debtor's interest**

71. **Notes receivable**
   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Debtor    **Denn-Ohio, LLC** _____      Case number *(If known)* _____
         Name

Description (for example, federal, state, local)

| | | |
|---|---|---|
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | **Emma Roseman - former accountant.  Potential claim related to failure to properly and timely complete financial reports.  Ms. Roseman is elderly, retired, and believed to be uncollectible.  Accordingly, the current estimated value of a potential claim against her is estimated at $1.00.** | **$1.00** |
| | **Nature of claim** _____ | |
| | **Amount requested**       **$0.00** | |

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** | **$1.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |
| | ■ No | |
| | ☐ Yes | |

Debtor  **Denn-Ohio, LLC**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $468,103.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $52,712.05 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $80,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $250,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,000,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,860,816.05 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,860,816.05 |

# Exhibit C

Doris Toronyi, Appraisals Director



**Liquid Asset Appraisals**

2700 Patterson Ave SE, Grand Rapids, MI 49546
Ph: 616.719.5913 • Fax: 616.719.5918
Doris@liquidap.com • www.liquidap.com          1

---

## CERTIFICATION OF VALUE

### DOES
# *-Certify-*

That it is our Opinion of Value as of the effective date as given
in this certificate regarding the property of:

### Denn-Ohio, LLC

| | | | |
|---|---|---|---|
| 3127 Plainfield Avenue<br>Grand Rapids MI 49505 | 26415 Warns Dr<br>Perrysburg OH 43551 | 3019 Olentangy River Rd<br>Columbus OH 43202 | 7735 State Rd Rt 37<br>Berkshire OH 43074 |

| | | |
|---|---|---|
| 9935 State Rd Rt 41<br>Jeffersonville OH 43128 | 2008 N. Mulberry St<br>Elizabethtown KY 42701 | 15236 Sate Route 180<br>Cattlesburg KY 41129 |

Are given in this Certificate of Value as:

| DESCRIPTION | PAGE | FORCED LIQUIDATION VALUE |
|---|---|---|
| Equipment & Furnishings – [*PER LOCATION*] | 7 | $ 24,850 |
| **TOTAL VALUE OF ALL 7 LOCATIONS COMBINED:** | | **$ 173,950** |

Valuation Effective Date:   September 27, 2023
Appraisal Report Date:      September 27, 2023

By:



*Doris Toronyi*
Doris Toronyi, CEA

LIQUID ASSET APPRAISALS 2700 Patterson Avenue SE, Grand Rapids MI 49546 | Phone: 616.719.5917 | www.liquidap.com

# Exhibit D

# Denn-Ohio, LLC Leases

| Location | Landlord | Landlord Address | Terms |
|---|---|---|---|
| 3127 Plainfield Ave NE, Grand Rapids, Michigan | Denny's, Inc. | Attn: Property Management Dept, 203 E. Main Street, Spartanburg SC 29319-0000 | |
| 3817 Cork St, Kalamazoo, Michigan 49001 | Denny's, Inc. | Attn: Property Management Dept, 203 E. Main Street, Spartanburg SC 29319-0000 | |
| 6920 Central Ave., Toledo, Ohio 43615 | Sylvania Associates, LLC. c/o Benchmark Development Corp | 4053 Maple Road, Suite 200, Buffalo NY 14226-0000; | Term of Lease: November 9, 2022-November 30, 2027; Rent: $5,416.67/month |
| 26415 Warns Dr., Perrysburg, Ohio 43551 | Pilot Travel Centers, LLC | 5508 Lonas Road, Knoxville, TN 37909-0000 | (5 years) with automatic renewal every 5 years; Current Lease 9/10/2020-9/10/2025; Rent: 7% of gross sales each month or 8% of gross sales each month if sales exceed $1.6 million |
| 3019 Olentangy River Rd., Coumbus, Ohio 43202 | Shoppes on Olentangy, LLC | 1480 Dublin Road, Columbus OH 43215-0000 | (10 years) April 2014- April 2024; Years 1-5- $9,450.00 monthly rent; Years 6-10 $10,335.00 monthly rent. |
| 7735 State Rd., OH-37, Bershire Township, Ohio 43074 | Pilot Travel Centers, LLC | 5508 Lonas Road, Knoxville, TN 37909-0000 | (5 years) with automatic renewal every 5 years; Current Lease 8/11/2010-8/11/2025; Rent: 7% of gross sales each month or 8% of gross sales each month if sales exceed $1.6 million. |
| 9935 State Rte. 41, Jeffersonville, Ohio 43128 | Pilot Travel Centers, LLC | 5508 Lonas Road, Knoxville, TN 37909-0000 | Term of Lease: (5 years) with automatic renewal every 5 years; Current Lease 9/10/2020-9/10/2025; Rent: 7% of gross sales each month or 8% of gross sales each month if sales exceed $1.6 million |
| 2008 N. Mulberry St. Elizabethtown, Kentucky 4201 | Denny's, Inc. | Attn: Property Management Dept, 203 E. Main Street, Spartanburg SC 29319-0000 | Month to Month Sublease with Denny's Inc. for property located at 2008 N. Mulberry Ave., Elizabethtown, KY 42701; Rent: $827.00 per week + Landlord Percentage Rent (weekly in the amount of 6% of gross weekly sales) +Debtor is responsible to pay real & personal property taxes and all general and special assessments levied against the premises. |
| 434 Eastern Pkwy, Louisville, Kentucky 40217 | CAH III Trust/U/A DTD | 4218 Shelbyville Road, Louisville KY 40207-0000 | Begining June 7, 2012 --- 10 years then renewable for 2 consecutive terms of five (5) years each; Rent: Years 1-5 $12,600.00/month, Years 6-10 $14,250.00/month, First 5 year Renewal $15,900.00/month, Second 5 year Renewal $17,900.00/month |
| 15236 KY-180, Catlettsburg, Kentucky 41129 | Denny's, Inc. | Attn: Property Management Dept, 203 E. Main Street, Spartanburg SC 29319-0000 | Current lease dates: 10/26/2020-10/26/2025 with automatic renewal every 5 years; Rent: 7% of annual gross sales due on the 15th of each month. If sales reach, $1.6 million per year, the interest rate increases to 8%. |

**Fill in this information to identify the case:**

Debtor name    **Denn-Ohio, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

     ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

     ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **Cross River Bank**<br>Creditor's Name<br><br>**885 Teaneck Rd.**<br>**Teaneck, NJ 07666**<br>Creditor's mailing address<br><br>**notices@itriaventures.com.**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**October 22, 2022**<br>**Last 4 digits of account number**<br>**8668**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**All business assets and Employee Retention Tax Credit Proceeds**<br><br>Describe the lien<br>**UCC**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $475,000.00 | $0.00 |
| **2.2**   **First Franchise Capital Corp.**<br>Creditor's Name<br><br>**8888 Keystone Xing**<br>**Suite 1700**<br>**Indianapolis, IN 46240**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**March 29, 2017**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**All Asset Lien on Debtor's Assets, PTS Hospitality, LLC's Assets, and JMAD Hospitality, LLC's Assets**<br><br>Describe the lien<br>**UCC**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $3,353,000.00 | $0.00 |

Debtor   **Denn-Ohio, LLC**
_____   Case number (if known) _____
         Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.3 | **MBM CORPORATION** | Describe debtor's property that is subject to a lien | $30,000.00 | $0.00 |
|-----|---------------------|----|----|----|

Creditor's Name

**PO Box 800**
**Rocky Mount, NC 27802**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Inventory - paid twice per week.  Balance estiamted at filing date.**

Describe the lien
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**April 16, 2010**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $3,858,000.00 |
|----|----|----|

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|----|----|----|
| **Heather Niedermeier-Heyman**<br>**Haywood & Niedermeier**<br>**111 S. Myrtle Ave**<br>**PO Box 207**<br>**Willard, OH 44890** | Line  **2.2** | |
| **Itria Ventures, LLC**<br>**One Penn Plaza**<br>**Suite 4530**<br>**New York, NY 10119** | Line  **2.1** | |
| **Jeffrey M. Hendricks**<br>**Bricker Graydon**<br>**312 Walnut St., Ste. 1800**<br>**Cincinnati, OH 45202** | Line  **2.2** | |
| **US District Court for the**<br>**Southern District of Ohio**<br>**280 N. High St.**<br>**Case No. 23-cv-00503**<br>**Columbus, OH 43215** | Line  **2.2** | |

**Fill in this information to identify the case:**

Debtor name    **Denn-Ohio, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $0.00 | $0.00 |
| | **City of Columbus** | | |
| | **Income Tax Division** | | |
| | **PO Box 182158** | | |
| | **Columbus, OH 43218** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current - For Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| **2.2** | Priority creditor's name and mailing address | $0.00 | $0.00 |
|---|---|---|---|
| | **Indiana Department of Revenue** | | |
| | **Bankruptcy Section** | | |
| | **100 North Senate Avenue** | | |
| | **MS 108** | | |
| | **Indianapolis, IN 46204** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current - For Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | Denn-Ohio, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Current - Provided for Notice Only** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Kentucky Department of Revenue**
**501 High Street**
**Frankfort, KY 40601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Current - For Notice Only** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Louisville Metro Revenue Comm**
**PO BOX 35410**
**Louisville, KY 40232-5410**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Current - For Notice Only** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Michigan Department**
**of Treasury**
**PO Box 30199**
**Lansing, MI 48909**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Current - Provided for Notice Only** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Denn-Ohio, LLC**
_____
Name

Case number (if known) _____

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ohio Department of Taxation**
**Attn: Bankruptcy Division**
**PO BOx 530**
**Columbus, OH 43216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current - For Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ohio Regional Income Tax**
**Agency**
**PO Box 89475**
**Cleveland, OH 44101-6475**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current - For Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3.**   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $598.00 |
|---|---|---|---|

**Affordable Plumbing & Water**
**Damage Restoration**
**848 West River Center Dr.**
**Suite D**
**Comstock Park, MI 49321**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.00 |
|---|---|---|---|

**Airgas National Carbonation**
**PO Box 734673**
**Dallas, TX 75373**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $355.42 |
|---|---|---|---|

**AT & T**
**c/o Bankruptcy**
**4331 Communications Dr**
**Flr 4W**
**Dallas, TX 75211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Debtor    **Denn-Ohio, LLC**                                          Case number *(if known)* _____
          _____
          Name

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,926.50** |
|---|---|---|---|

**Atlas Butler Plumbing Services**
**4849 Evanswood Dr**
**Columbus, OH 43229**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No  □ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$231,862.00** |
|---|---|---|---|

**BDO**
**PO Box 642743**
**Pittsburgh, PA 15264**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Accounting Services - Tax and ERC__

Is the claim subject to offset? ■ No  □ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,405.10** |
|---|---|---|---|

**Bluffton Aeration Service, Inc**
**9485 Shifferly Road**
**PO Box 209**
**Bluffton, OH 45817**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No  □ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$295.73** |
|---|---|---|---|

**BUCKEYE TELESYSTEM**
**PO Box 10027**
**Toledo, OH 43699**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No  □ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$897.50** |
|---|---|---|---|

**C.G. Delzell & Sons, Inc.**
**1533 Franklin Park South**
**Columbus, OH 43205**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No  □ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,810.50** |
|---|---|---|---|

**Capital One Bank (USA), N.A.**
**PO Box 6492**
**Carol Stream, IL 60197**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No  □ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$210.00** |
|---|---|---|---|

**Certified Protection Services**
**175 Sky Aire RD NW**
**Corydon, IN 47112**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No  □ Yes

---

Debtor    **Denn-Ohio, LLC**                                    Case number *(if known)* _____
_____
          Name

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,046.00 |
|------|--------|--------|--------|

**Cincinnati Insurance Company**
**Po Box 145620**
**Cincinnati, OH 45250-5620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,905.00 |
|------|--------|--------|--------|

**Clark County Personal Prop Tax**
**PO Box 1508**
**Jeffersonville, IN 47131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,826.87 |
|------|--------|--------|--------|

**Consumers Energy**
**PO Box 740309**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Vendor - current invoice__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $433.00 |
|------|--------|--------|--------|

**Custom Heating &**
**Cooling**
**713 Whites Road**
**Kalamazoo, MI 49006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $275.62 |
|------|--------|--------|--------|

**DayMark Safety Systems**
**12836 South Dixie Highway**
**Bowling Green, OH 43402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $388.00 |
|------|--------|--------|--------|

**Derby Fire & Safety**
**157 Marvin Ave**
**Brooks, KY 40109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|------|--------|--------|--------|

**Dish Out**
**175 Commerce Dr.**
**Ste I**
**Hauppauge, NY 11788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **Denn-Ohio, LLC**_____    Case number (if known) _____
_____
Name

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$83.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**DTE Energy**
**PO Box 740786**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Utilities - current invoice_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$432.50** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ecolab - Machine Rental**
**PO Box 32027**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$578.22** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ecolab Pest Elim Div**
**26252 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,844.62** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Edward Don & Company**
**2562 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,136.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Emergency Plumbing Service**
**PO Box 91**
**Delaware, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Estate of Lillian M. Curtis**
**c/o Mr. David M. Scottt**
**1601 Business Center Court**
**Louisville, KY 40299**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Wrongful Death Claim_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Estate of Lloyd E. Curtis**
**c/o Mr. David M. Scottt**
**1601 Business Center Court**
**Louisville, KY 40299**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Wrongful Death Claim_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Denn-Ohio, LLC**                                    Case number (if known) _____
_____
          Name

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,078.00 |
|------|---|---|---|

**Extreme Heating,  Cooling &**
**1708 Hillview Place**
**Lexington, KY 40504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $221.49 |
|------|---|---|---|

**Fish Window Cleaning Westervil**
**PO Box 784**
**Westerville, OH 43086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.00 |
|------|---|---|---|

**Fish Window Cleaning-Utica**
**PO Box 180073**
**Utica, MI 48318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,694.88 |
|------|---|---|---|

**Flowers Baking Co. of Bardstow**
**PO Box 847871**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $845.01 |
|------|---|---|---|

**Franklin Machine Products, LLC**
**PO Box 74007311**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $625.50 |
|------|---|---|---|

**G.A. Wintzer and Son Co.**
**PO Box 406**
**Wapakoneta, OH 45895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $849.00 |
|------|---|---|---|

**Gaskets Rock of Central Ohio,**
**5083 Lambert Road**
**Grove City, OH 43123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Denn-Ohio, LLC**                                    Case number (if known) _____
         _____
         Name

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,200.00 |
|---|---|---|---|

**Go Big Outdoor Advertising LLC**
5420 Owl Creek Road
Chillicothe, OH 45601

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $315.00 |
|---|---|---|---|

**Gordon Water Systems Kalamazoo**
618 E Crosstown Pkwy
Kalamazoo, MI 49001

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,781.13 |
|---|---|---|---|

**Granite Telecommunications**
PO Box 983119
Boston, MA 02298

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.00 |
|---|---|---|---|

**Great Lakes Plumbing Heating &
Cooling**
860 Gibson St.
Kalamazoo, MI 49001

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**Healthy Hoods, LLC**
466 Sunbrook, LLC
Grand Rapids, MI 49508

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $247.50 |
|---|---|---|---|

**Hi-Tech**
839 Lenox Ave Suite A
Portage, MI 49024

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,247.55 |
|---|---|---|---|

**HPI**
PO Box 749619
Atlanta, GA 30374-9619

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Denn-Ohio, LLC**                                        Case number *(if known)* _____
_____
Name

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $559.68 |
|---|---|---|---|

**JNE Security, LLC**
**4108 Graf Drive**
**Louisville, KY 40220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $883.02 |
|---|---|---|---|

**Johnson Controls**
**10610 Bluegrass Parkway**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,226.10 |
|---|---|---|---|

**Klosterman Baking Co.**
**P.O. Box 71257**
**Cincinnati, OH 45271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,452.81 |
|---|---|---|---|

**Knight's Mechanical, LLC**
**4250 Leitchfield Rd.**
**Cecilia, KY 42724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $475.00 |
|---|---|---|---|

**Lockology**
**925 Prospect Ave.**
**Ashland, KY 41101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mary Kaye Graham**
**c/o Ms. Julianne H. Tackett**
**Tackett Law Office, PLLC**
**600 West Main, Ste. 100**
**Louisville, KY 40202**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Personal Injury Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,961.47 |
|---|---|---|---|

**Mike Clark Heating Cooling Ref**
**100 Zachary Drive**
**Mount Washington, KY 40047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Denn-Ohio, LLC**
_____    Case number (if known) _____
                  Name

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,050.83 |
|---|---|---|---|

**Nelbud**
**51 Koweba Lane**
**Indianapolis, IN 46201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,537.90 |
|---|---|---|---|

**Nolin Rural Electric Co-op**
**411 Ring Rd.**
**Elizabethtown, KY 42701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Utility - current invoice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,772.71 |
|---|---|---|---|

**Norton & Associates Plumbing**
**4232 Reas Lane**
**New Albany, IN 47150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $854.00 |
|---|---|---|---|

**NUCO2 Inc**
**PO Box 417902**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $467.00 |
|---|---|---|---|

**Ohio Mechanical**
**PO Box 595**
**Grove City, OH 43123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212.00 |
|---|---|---|---|

**OPC Pest Services**
**P.O. Box 19201**
**Louisville, KY 40259**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.00 |
|---|---|---|---|

**Orkin - Portage MI**
**4123 E Centre Ave**
**Portage, MI 49002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Denn-Ohio, LLC**                                          Case number *(if known)* _____
_____
Name

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,674.00 |
|------|---|---|---|

**Piazza Produce & Specialty Foo**
PO Box 68931
Indianapolis, IN 46268

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  <u>Vendor</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240,195.00 |
|------|---|---|---|

**Pilot Travel Centers, LLC**
PO Box 10146
Knoxville, TN 37939

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  <u>Leases Premises</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,636.00 |
|------|---|---|---|

**PNC Bank Credit Card**
PO Box 71335
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  <u>Credit Services</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $233.20 |
|------|---|---|---|

**Pressure Pros**
P.O. Box 331
Elizabethtown, KY 42702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  <u>Vendor</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,376.00 |
|------|---|---|---|

**Pro Services**
8132 Merchant Place
Portage, MI 49002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  <u>Vendor</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $252.99 |
|------|---|---|---|

**Reliable Service Contractors**
5075 Clay Ave SW
Grand Rapids, MI 49548

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  <u>Vendor</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $448.87 |
|------|---|---|---|

**Rogers Refrigeration**
8578 N. 32nd St.
P.O. Box 130
Richland, MI 49083

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  <u>Vendor</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Denn-Ohio, LLC**             Case number *(if known)* _____

    Name

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$933.49** |
|---|---|---|---|

**Roto-Rooter Kalamazoo Mi**
**5189 King Highway**
**Kalamazoo, MI 49048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,430.00** |
|---|---|---|---|

**Sam's Septic Tank Cleaning & R**
**10008 Leitchfield Road**
**Cecilia, KY 42724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,988.00** |
|---|---|---|---|

**Sirna & Sons Produce**
**7176 State Route 88**
**Ravenna, OH 44266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,180.51** |
|---|---|---|---|

**Slone Refrigeration Co**
**2432 Greenup Ave.**
**Ashland, KY 41101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00** |
|---|---|---|---|

**Snagajob**
**32978 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,804.00** |
|---|---|---|---|

**Toledo Edison**
**PO Box 3687**
**Akron, OH 44309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$288.85** |
|---|---|---|---|

**Triad Service Center**
**PO Box 1803**
**Grand Rapids, MI 49501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Denn-Ohio, LLC**
_____    Case number (if known) _____
          Name

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $611.74 |
|---|---|---|---|

**UNIFIRST CORPORATION - Dallas**
**PO Box 650481**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,276.82 |
|---|---|---|---|

**V.I.P. Refrigeration, Heating,**
**2882 Johnstown Road**
**Columbus, OH 43219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,124.00 |
|---|---|---|---|

**Westgrand Service Company**
**711 Six Mile Road NW**
**Comstock Park, MI 49321**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,654.63 |
|---|---|---|---|

**YESCO**
**4436 Dixie Hwy**
**Suite B**
**Louisville, KY 40216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $685.00 |
|---|---|---|---|

**Zervas Facility Maintenance In**
**5905 Grand Haven Rd Ste. 100**
**Muskegon, MI 49441**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Adair County, Kentucky**<br>**District Probate Court**<br>**424 Public Square, Ste. 3**<br>**Case No. 23-P-00021**<br>**Columbia, KY 42728** | Line __3.24__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Adair County, Kentucky**<br>**District Probate Court**<br>**424 Public Square, Ste. 3**<br>**Case No. 23-P-00022**<br>**Columbia, KY 42728** | Line __3.23__<br><br>☐ Not listed. Explain ____ | _ |

Debtor    **Denn-Ohio, LLC**
_____    Case number (if known) _____
Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.3 **Christian Brice Armstrong**<br>**259 Hannah Court**<br>**Elizabethtown, KY 42701** | Line **3.24**<br>☐ Not listed. Explain ____ | _ |
| 4.4 **CT Corporation System**<br>**306 West Main Street**<br>**Suite 512**<br>**Frankfort, KY 40601** | Line **3.24**<br>☐ Not listed. Explain ____ | _ |
| 4.5 **Kentucky Department of Revenue**<br>**Legal Support - Bankruptcy**<br>**PO Box 5222**<br>**Frankfort, KY 40602** | Line **2.4**<br>☐ Not listed. Explain ____ | _ |
| 4.6 **Kmk Service Corp.**<br>**One East Fourth Street**<br>**Suite 1400**<br>**Cincinnati, OH 45202** | Line **3.24**<br>☐ Not listed. Explain ____ | _ |
| 4.7 **Michigan Attorney General**<br>**P.O. Box 30212**<br>**Lansing, MI 48909** | Line **2.6**<br>☐ Not listed. Explain ____ | _ |
| 4.8 **Ohio Attorney General**<br>**Collection Enforcement Section**<br>**Attn: Bankruptcy Unit**<br>**30 East Broad St, 14th Floor**<br>**Columbus, OH 43215** | Line **2.7**<br>☐ Not listed. Explain ____ | _ |
| 4.9 **Patsy Pence**<br>**1040 Bewley Hollow Rd**<br>**Elizabethtown, KY 42701** | Line **3.24**<br>☐ Not listed. Explain ____ | _ |
| 4.10 **US Attorney**<br>**ATTN: Donna Justice**<br>**220 Ionia St STE 501**<br>**Grand Rapids, MI 49503** | Line **2.3**<br>☐ Not listed. Explain ____ | _ |
| 4.11 **US Attorney**<br>**ATTN: Michael Shiparski**<br>**220 Ionia St STE 501**<br>**Grand Rapids, MI 49503** | Line **2.3**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ 709,989.26 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 709,989.26 |

**Fill in this information to identify the case:**

Debtor name    **Denn-Ohio, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Contract** | |
| State the term remaining | | **Alliance Funding Group**<br>**17542 17th St**<br>**#200**<br>**Tustin, CA 92780** |
| List the contract number of any government contract | | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Landlord: CAH III Trust/U/A DTD Property Location: 434 Eastern Parkway, Louisville, KY 40217 Term of Lease: Begining July 7, 2022 to July 7, 2027** | |
| State the term remaining | **9 years left** | **CAH III Trust/U/A DTD**<br>**4218 Shelbyville Road**<br>**Louisville, KY 40207** |
| List the contract number of any government contract | | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Landlord: Denny's Inc. Month to Month Sublease with Denny's Inc. for property located at 2008 N. Mulberry Ave., Elizabethtown, KY 42701** | |
| State the term remaining | **Month to Month** | **Denny's Inc.**<br>**Attn: Property Management Dept**<br>**203 E. Main Street**<br>**Spartanburg, SC 29319** |
| List the contract number of any government contract | | |

Debtor 1 **Denn-Ohio, LLC**                                                    Case number (*if known*) _____
           First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Landlord: Denny's Inc. Sublease with Denny's Inc. for property located at 15236 State Route 180, Catlettsburg, KY 41129 Current lease dates: 10/26/2020-10/26/2025** | |
| State the term remaining | **27 months remaining** | **Denny's Inc. Attn: Property Management Dept 203 E. Main Street Spartanburg, SC 29319** |
| List the contract number of any government contract | | |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement Franchise Location: 943 E. Lewis & Clark Parkway, Clarksville, IN 47129 Franchise Terms (20 years): July 7, 2012-July 7, 2032** | |
| State the term remaining | **107 months remaining** | **DFO, LLC (Denny's) Attn: Vice President of Franchise Development 203 East Main Street Spartanburg, SC 29319** |
| List the contract number of any government contract | | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement Franchise Location: 2008 N. Mulberry Ave., Elizabethtown, KY 42701 Franchise Terms (20 years): July 7, 2012-July 7, 2032** | |
| State the term remaining | **107 months remaining** | **DFO, LLC (Denny's) Attn: Vice President of Franchise Development 203 East Main Street Spartanburg, SC 29319** |
| List the contract number of any government contract | | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement Franchise Location: 434 Eastern Parkway, Louisville, KY 40217 Franchise Terms (20 years): July 7, 2012-July 7, 2032** | |
| State the term remaining | **107 months remaining** | **DFO, LLC (Denny's) Attn: Vice President of Franchise Development 203 East Main Street Spartanburg, SC 29319** |
| List the contract number of any government contract | | |

Debtor 1  **Denn-Ohio, LLC**
_____    Case number (*if known*) _____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Franchise Agreement Franchise Location: 15236 State Route 180, Catlettsburg, KY 41129 Franchise Terms (20 years): July 7, 2012-July 7, 2032 107 months remaining** |
| | **DFO, LLC (Denny's) Attn: Vice President of Franchise Development 203 East Main Street Spartanburg, SC 29319** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Franchise Agreement Franchise Location: 7735 State Rd., Rt 37, Berkshire, OH 43074 Franchise Terms (20 years): August 4, 2010-August 4, 2030 84 months remaining** |
| | **DFO, LLC (Denny's) Attn: Vice President of Franchise Development 203 East Main Street Spartanburg, SC 29319** |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Franchise Agreement Franchise Location: 26415 Warns Rd, Perrysburg, OH 43551 Franchise Terms (20 years): August 4, 2010-August 4, 2030 84 months remaining** |
| | **DFO, LLC (Denny's) Attn: Vice President of Franchise Development 203 East Main Street Spartanburg, SC 29319** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Franchise Agreement Franchise Location: 9935 State Route 41, Jeffersonville, OH 43160 Franchise Terms (20 years): August 4, 2010-August 4, 2030 84 months remaining** |
| | **DFO, LLC (Denny's) Attn: Vice President of Franchise Development 203 East Main Street Spartanburg, SC 29319** |

Debtor 1  **Denn-Ohio, LLC**                                                    Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest — **Franchise Agreement Franchise Location: 3817 East Cork Street, Kalamazoo, MI 49001 Franchise Terms (20 years): September 1, 2011- September 1, 2031**<br><br>State the term remaining — **97 months remaining**<br><br>List the contract number of any government contract | **DFO, LLC (Denny's) Attn: Vice President of Franchise Development 203 East Main Street Spartanburg, SC 29319** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest — **Franchise Agreement Franchise Location: 3127 Plainfield NE, Grand Rapids, MI 49505 Franchise Terms (20 years): September 1, 2011- September 1, 2031**<br><br>State the term remaining — **97 months remaining**<br><br>List the contract number of any government contract | **DFO, LLC (Denny's) Attn: Vice President of Franchise Development 203 East Main Street Spartanburg, SC 29319** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest — **Franchise Agreement Franchise Location: 3025 Olentangy River Road, Columbus, OH 43202 Franchise Terms (20 years): February 25, 2016- February 25, 2036**<br><br>State the term remaining — **151 months remaining**<br><br>List the contract number of any government contract | **DFO, LLC (Denny's) Attn: Vice President of Franchise Development 203 East Main Street Spartanburg, SC 29319** |
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest — **Franchise Agreement Franchise Location: 6920 W. Central Avenue, Sylvania, OH 43617 Franchise Terms (20 years): April 8, 2013- April 8, 2033**<br><br>State the term remaining — **116 months remaining**<br><br>List the contract number of any government contract | **DFO, LLC (Denny's) Attn: Vice President of Franchise Development 203 East Main Street Spartanburg, SC 29319** |

Debtor 1  **Denn-Ohio, LLC**                                                    Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord: Pilot Travel Centers, LLC Property Location: 7735 State Rd. Rt 37, Berkshire, OH 43074 Current Lease 8/11/2020-8/11/2025** | |
|---|---|---|---|
| | State the term remaining | **24 months remaining** | **Pilot Travel Centers, LLC Attn: General Counsel 5508 Lonas Road Knoxville, TN 37909** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord: Pilot Travel Centers, LLC Property Location: 26415 Warns Rd., Perrysburg, OH 43551 Current Lease 9/10/2020-9/10/2025** | |
|---|---|---|---|
| | State the term remaining | **25 months remaining** | **Pilot Travel Centers, LLC Attn: General Counsel 5508 Lonas Road Knoxville, TN 37909** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord: Pilot Travel Centers, LLC Property Location: 9935 State Route 41, Jefferson, OH 43128 Current Lease 9/10/2020-9/10/2025** | |
|---|---|---|---|
| | State the term remaining | **25 months remaining** | **Pilot Travel Centers, LLC Attn: General Counsel 5508 Lonas Road Knoxville, TN 37909** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord: Shoppes on Olentangy, LLC Property Location: 3025 Olentangy River Road, Columbus, OH 43202 Term of Lease:  (10 years) April 2014- April 2024** | |
|---|---|---|---|
| | State the term remaining | **8 months remaining** | **Shoppes on Olentangy, LLC c/o Kohr Royer Griffith, Inc. 1480 Dublin Road Columbus, OH 43215** |
| | List the contract number of any government contract | | |

Debtor 1  **Denn-Ohio, LLC**                                                    Case number (*if known*) _____
      First Name      Middle Name      Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.20.    State what the contract or lease is for and the nature of the debtor's interest | **Landlord: Sylvania Associates, LLC Property Location: 6920 W. Central Avenue, Sylvania, OH 43617 Term of Lease: November 9, 2022-November 30, 2027** |
| State the term remaining | **52 months remaining** |
| List the contract number of any government contract | |

**Sylvania Associates, LLC. c/o Benchmark Development Corp 4053 Maple Road, Suite 200 Buffalo, NY 14226**

**Fill in this information to identify the case:**

Debtor name    **Denn-Ohio, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Auto Owners Insurance Company** | **6101 Anacapri Blvd Lansing, MI 48917** | **Estate of Lloyd E. Curtis** | ☐ D _____<br>■ E/F __3.24__<br>☐ G _____ |
| 2.2 | **Denny's** | **2008 North Bulberry Street Elizabethtown, KY 42701** | **Estate of Lloyd E. Curtis** | ☐ D _____<br>■ E/F __3.24__<br>☐ G _____ |
| 2.3 | **Denny's Inc.** | **203 East Main Street Spartanburg, SC 29319** | **Estate of Lloyd E. Curtis** | ☐ D _____<br>■ E/F __3.24__<br>☐ G _____ |
| 2.4 | **Denny's Realty, LLC** | **203 East Main Street Spartanburg, SC 29319** | **Estate of Lloyd E. Curtis** | ☐ D _____<br>■ E/F __3.24__<br>☐ G _____ |
| 2.5 | **Denny's Restaurant, Inc.** | **The Corporation Trust Company 1209 Orange Street Wilmington, DE 19801** | **Estate of Lloyd E. Curtis** | ☐ D _____<br>■ E/F __3.24__<br>☐ G _____ |

| Debtor | **Denn-Ohio, LLC** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Dualite Sales and Services** | **1 Dual Light Lane**<br>**Williamsburg, OH 45176** | **Estate of Lloyd E. Curtis** | ☐ D _____<br>☑ E/F   **3.24**<br>☐ G _____ |
| 2.7 | **Dualite, Inc.** | **1 Dual Light Lane**<br>**Williamsburg, OH 45176** | **Estate of Lloyd E. Curtis** | ☐ D _____<br>☑ E/F   **3.24**<br>☐ G _____ |
| 2.8 | **JMAD Hospitality, LLC** | **C/o Jack Thompson Sr.**<br>**4646 Chatfield Center Rd**<br>**New Washington, OH 44854** | **First Franchise Capital Corp.** | ☑ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Kenton Cole, Inc.** | **1050 Bewley Hollow Rd**<br>**Elizabethtown, KY 42701** | **Estate of Lloyd E. Curtis** | ☐ D _____<br>☑ E/F   **3.24**<br>☐ G _____ |
| 2.10 | **Nancy L. Pilbeam** | **9299 Northcreek Woods**<br>**Lambertville, MI 48144**<br>**Only guaranteed PTS loans .** | **First Franchise Capital Corp.** | ☑ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **PTS Hospitality, LLC** | **9299 Northcreek Woods**<br>**Lambertville, MI 48144** | **First Franchise Capital Corp.** | ☑ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Signmakers of Hardin County** | **326 East Dixie Avenue**<br>**Elizabethtown, KY 42701** | **Estate of Lloyd E. Curtis** | ☐ D _____<br>☑ E/F   **3.24**<br>☐ G _____ |
| 2.13 | **Thomas F. Pilbeam Sr.** | **9299 Northcreek Woods**<br>**Lambertville, MI 48144** | **First Franchise Capital Corp.** | ☑ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |

Debtor  **Denn-Ohio, LLC**                                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Thomas F. Pilbeam Sr.** **9299 Northcreek Woods** **Lambertville, MI 48144** | **Cross River Bank** | ■ D __2.1__<br>□ E/F _____<br>□ G _____ |
| 2.15 | **Thomas F. Pilbeam, Jr. Trust** | **First Franchise Capital Corp.** | ■ D __2.2__<br>□ E/F _____<br>□ G _____ |

**Fill in this information to identify the case:**

Debtor name **Denn-Ohio, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$9,384,000.00** |
   | **For prior year:** From **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other _____ | **$17,570,702.00** |
   | **For year before that:** From **1/01/2021** to **12/31/2021** | ■ Operating a business ☐ Other _____ | **$17,484,020.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | **Employee Retention Credit** | **$2,633,893.00** |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

Debtor    Denn-Ohio, LLC                                                Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Numerous Creditors in the Ordinary Course of Business** | | $0.00 | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **In the 90 days prior to filing Debtor paid numerous creditors in the ordinary course of its business affairs. Debtor will calculate payments totaling more than $7,575 and file a supplementary Exhibit disclosing relevant payments.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **First Franchise Capital Corporation v. Denn-Ohio, LLC, et al. 23-CV-00503** | Civil | **US District Court for SD of Ohio** 280 N. High St. Columbus, OH 43215 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

Debtor    **Denn-Ohio, LLC**                                        Case number *(if known)*

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Broken Glass Window** | **$1,700.00** | **April 2023** | **$1,700.00** |
| **A Denny's sign at the Elizabethtown location fell during a storm, which resulted in two wrongful death claims, a personal injury claim, and a claim for loss of advertising/revenue.** | **Debtor recieved $16,000.00 from its insurance company related to its claim for loss of revenue.**<br>**The wrongful death claims and personal injury claim are still pending as of the Petition Date.** | **January 2023** | **$16,000.00** |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **CBH Attorneys & Counselors, PLLC.**<br>**MAIN OFFICE**<br>**25 Division Avenue S., Suite 500**<br>**Grand Rapids, MI 49503** | **Attorney Fees $40,299.75**<br>**Filing Fee $1,738.00** | **08/22/2023: $25,000.00**<br>**10/11/23: $4,655.00**<br>**10/30/23: $10,644.75** | **$40,299.75** |
| | Email or website address<br>**nikki@chasebylenga.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**

Debtor    **Denn-Ohio, LLC**                                    Case number *(if known)*

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | **Within the last two years, Debtor closed multiple franchise locations. Most of Debtor's equipment, invenotry, and other assets were retained and/or transfered to other locadtions. However, minimal assets may have been transfered, destoyed, or recycled as part of the closings.** | | |
| | **Unknown** | | **Multiple** | **$0.00** |
| | Relationship to debtor | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **420 E. Main St. Beaverdam, OH 45808** | |
| 14.2. | **3310 Washtenaw Ave. Ann Arbor, MI 48104** | |
| 14.3. | **943 E. Lewis and Clark Pkwy Clarksville, IN 47129** | |
| 14.4. | **4030 Dutchmans Ln St. Matthews, KY 40207** | |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

Debtor  Denn-Ohio, LLC                                    Case number *(if known)*

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:** Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Rossford Self-Storage 913 LIme City Rd Rossford, OH 43460 | Tom Pilbeam, Sr. | Used restaurant equipment and furniture. | ☐ No ☑ Yes |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Debtor    Denn-Ohio, LLC                                          Case number *(if known)*

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **BDO**<br>**PO Box 642743**<br>**Pittsburgh, PA 15264** | |
| 26a.2.  **Pinnacle Commercial Capital**<br>**101 West Ohio Street**<br>**Suite 2000**<br>**Indianapolis, IN 46204** | |

Debtor    Denn-Ohio, LLC _____    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.3.    **Rea & Associates, Inc.**<br>**1220 Moore Rd**<br>**Avon, OH 44011** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Thomas F. Pilbeam**<br>**9299 Northcreek Woods**<br>**Lambertville, MI 48144** | |
| 26c.2.    **BDO**<br>**PO Box 642743**<br>**Pittsburgh, PA 15264** | |
| 26c.3.    **Pinnacle Commercial Capital**<br>**101 West Ohio Street**<br>**Suite 2000**<br>**Indianapolis, IN 46204** | |
| 26c.4.    **Rea & Associates, Inc.**<br>**1220 Moore Rd**<br>**Avon, OH 44011** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Thomas F. Pilbeam | 9299 Northcreek Woods<br>Lambertville, MI 48144 | Member | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    **Denn-Ohio, LLC** _____    Case number *(if known)* _____

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Thomas F. Pilbeam, Sr.**<br>**9299 Northcreek Woods**<br>**Lambertville, MI 48144** | **Approximately $400 per month for cell phone reimbursement and Medicaid coverage.  Pilbeam Sr has not drawn a salary since June of 2022.** | | **Business expense and health insurance.** |
| | Relationship to debtor<br>**Member** | | | |
| 30.2. | **Thomas F. Pilbeam, Jr.**<br>**5236 Westcroft Dr.**<br>**Sylvania, OH 43560** | **$70,000 Salary; $250 per month vehicle allowance** | | **Mr. Pilbeam Jr. is Debtor's regional manager.  He frequently travels to Debtor's franchise locations to help oversee operations.** |
| | Relationship to debtor<br>**Regional Manager and Son of Member** | | | |
| 30.3. | **Nancy Pilbeam**<br>**9299 Northcreek Woods**<br>**Lambertville, MI 48144** | **Salary of $1,000.00 per week.** | | **Payroll and other bookkeeping services for Debtor.** |
| | Relationship to debtor<br>**Wife of Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in

Debtor    **Denn-Ohio, LLC**                                                      Case number *(if known)*

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 31, 2023**

**/s/ Thomas F. Pilbeam**                              **Thomas F. Pilbeam**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Michigan

In re   **Denn-Ohio, LLC**

Debtor(s)

Case No.
Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October 31, 2023**

Signature   **/s/ Thomas F. Pilbeam**
**Thomas F. Pilbeam**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Western District of Michigan**

In re   **Denn-Ohio, LLC**
_____    Case No. _____
                                              Debtor(s)    Chapter    **11**_____

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **October 31, 2023**
_____            **/s/ Thomas F. Pilbeam**
                                    _____
                                    **Thomas F. Pilbeam/Member**
                                    Signer/Title

```
ADAIR COUNTY, KENTUCKY
DISTRICT PROBATE COURT
424 PUBLIC SQUARE, STE. 3
CASE NO. 23-P-00021
COLUMBIA KY 42728


ADAIR COUNTY, KENTUCKY
DISTRICT PROBATE COURT
424 PUBLIC SQUARE, STE. 3
CASE NO. 23-P-00022
COLUMBIA KY 42728


AFFORDABLE PLUMBING & WATER
DAMAGE RESTORATION
848 WEST RIVER CENTER DR.
SUITE D
COMSTOCK PARK MI 49321


AIRGAS NATIONAL CARBONATION
PO BOX 734673
DALLAS TX 75373


ALLIANCE FUNDING GROUP
17542 17TH ST
#200
TUSTIN CA 92780


AT & T
C/O BANKRUPTCY
4331 COMMUNICATIONS DR
FLR 4W
DALLAS TX 75211


ATLAS BUTLER PLUMBING SERVICES
4849 EVANSWOOD DR
COLUMBUS OH 43229


AUTO OWNERS INSURANCE COMPANY
6101 ANACAPRI BLVD
LANSING MI 48917


BDO
PO BOX 642743
PITTSBURGH PA 15264
```

BLUFFTON AERATION SERVICE, INC
9485 SHIFFERLY ROAD
PO BOX 209
BLUFFTON OH 45817


BUCKEYE TELESYSTEM
PO BOX 10027
TOLEDO OH 43699


C.G. DELZELL & SONS, INC.
1533 FRANKLIN PARK SOUTH
COLUMBUS OH 43205


CAH III TRUST/U/A DTD
4218 SHELBYVILLE ROAD
LOUISVILLE KY 40207


CAPITAL ONE BANK (USA), N.A.
PO BOX 6492
CAROL STREAM IL 60197


CERTIFIED PROTECTION SERVICES
175 SKY AIRE RD NW
CORYDON IN 47112


CHRISTIAN BRICE ARMSTRONG
259 HANNAH COURT
ELIZABETHTOWN KY 42701


CINCINNATI INSURANCE COMPANY
PO BOX 145620
CINCINNATI OH 45250-5620


CITY OF COLUMBUS
INCOME TAX DIVISION
PO BOX 182158
COLUMBUS OH 43218


CLARK COUNTY PERSONAL PROP TAX
PO BOX 1508
JEFFERSONVILLE IN 47131


CONSUMERS ENERGY
PO BOX 740309
CINCINNATI OH 45274

CROSS RIVER BANK
885 TEANECK RD.
TEANECK NJ 07666


CT CORPORATION SYSTEM
306 WEST MAIN STREET
SUITE 512
FRANKFORT KY 40601


CUSTOM HEATING &
COOLING
713 WHITES ROAD
KALAMAZOO MI 49006


DAYMARK SAFETY SYSTEMS
12836 SOUTH DIXIE HIGHWAY
BOWLING GREEN OH 43402


DENNY'S
2008 NORTH BULBERRY STREET
ELIZABETHTOWN KY 42701


DENNY'S INC.
ATTN: PROPERTY MANAGEMENT DEPT
203 E. MAIN STREET
SPARTANBURG SC 29319


DENNY'S INC.
203 EAST MAIN STREET
SPARTANBURG SC 29319


DENNY'S REALTY, LLC
203 EAST MAIN STREET
SPARTANBURG SC 29319


DENNY'S RESTAURANT, INC.
THE CORPORATION TRUST COMPANY
1209 ORANGE STREET
WILMINGTON DE 19801


DERBY FIRE & SAFETY
157 MARVIN AVE
BROOKS KY 40109

```
DFO, LLC (DENNY'S)
ATTN: VICE PRESIDENT
OF FRANCHISE DEVELOPMENT
203 EAST MAIN STREET
SPARTANBURG SC 29319


DISH OUT
175 COMMERCE DR.
STE I
HAUPPAUGE NY 11788


DTE ENERGY
PO BOX 740786
CINCINNATI OH 45274


DUALITE SALES AND SERVICES
1 DUAL LIGHT LANE
WILLIAMSBURG OH 45176


DUALITE, INC.
1 DUAL LIGHT LANE
WILLIAMSBURG OH 45176


ECOLAB - MACHINE RENTAL
PO BOX 32027
NEW YORK NY 10087


ECOLAB PEST ELIM DIV
26252 NETWORK PLACE
CHICAGO IL 60673


EDWARD DON & COMPANY
2562 PAYSPHERE CIRCLE
CHICAGO IL 60674


EMERGENCY PLUMBING SERVICE
PO BOX 91
DELAWARE OH 43015


ESTATE OF LILLIAN M. CURTIS
C/O MR. DAVID M. SCOTT
1601 BUSINESS CENTER COURT
LOUISVILLE KY 40299
```

ESTATE OF LLOYD E. CURTIS
C/O MR. DAVID M. SCOTT
1601 BUSINESS CENTER COURT
LOUISVILLE KY 40299


EXTREME HEATING,  COOLING &
1708 HILLVIEW PLACE
LEXINGTON KY 40504


FIRST FRANCHISE CAPITAL CORP.
8888 KEYSTONE XING
SUITE 1700
INDIANAPOLIS IN 46240


FISH WINDOW CLEANING WESTERVIL
PO BOX 784
WESTERVILLE OH 43086


FISH WINDOW CLEANING-UTICA
PO BOX 180073
UTICA MI 48318


FLOWERS BAKING CO. OF BARDSTOW
PO BOX 847871
DALLAS TX 75284


FRANKLIN MACHINE PRODUCTS, LLC
PO BOX 74007311
CHICAGO IL 60674


G.A. WINTZER AND SON CO.
PO BOX 406
WAPAKONETA OH 45895


GASKETS ROCK OF CENTRAL OHIO,
5083 LAMBERT ROAD
GROVE CITY OH 43123


GO BIG OUTDOOR ADVERTISING LLC
5420 OWL CREEK ROAD
CHILLICOTHE OH 45601


GORDON WATER SYSTEMS KALAMAZOO
618 E CROSSTOWN PKWY
KALAMAZOO MI 49001

GRANITE TELECOMMUNICATIONS
PO BOX 983119
BOSTON MA 02298


GREAT LAKES PLUMBING HEATING &
COOLING
860 GIBSON ST.
KALAMAZOO MI 49001


HEALTHY HOODS, LLC
466 SUNBROOK, LLC
GRAND RAPIDS MI 49508


HEATHER NIEDERMEIER-HEYMAN
HAYWOOD & NIEDERMEIER
111 S. MYRTLE AVE
PO BOX 207
WILLARD OH 44890


HI-TECH
839 LENOX AVE SUITE A
PORTAGE MI 49024


HPI
PO BOX 749619
ATLANTA GA 30374-9619


INDIANA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
100 NORTH SENATE AVENUE
MS 108
INDIANAPOLIS IN 46204


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346


ITRIA VENTURES, LLC
ONE PENN PLAZA
SUITE 4530
NEW YORK NY 10119


JEFFREY M. HENDRICKS
BRICKER GRAYDON
312 WALNUT ST., STE. 1800
CINCINNATI OH 45202

JMAD HOSPITALITY, LLC
C/O JACK THOMPSON SR.
4646 CHATFIELD CENTER RD
NEW WASHINGTON OH 44854


JNE SECURITY, LLC
4108 GRAF DRIVE
LOUISVILLE KY 40220


JOHNSON CONTROLS
10610 BLUEGRASS PARKWAY
LOUISVILLE KY 40299


KENTON COLE, INC.
1050 BEWLEY HOLLOW RD
ELIZABETHTOWN KY 42701


KENTUCKY DEPARTMENT OF REVENUE
501 HIGH STREET
FRANKFORT KY 40601


KENTUCKY DEPARTMENT OF REVENUE
LEGAL SUPPORT - BANKRUPTCY
PO BOX 5222
FRANKFORT KY 40602


KLOSTERMAN BAKING CO.
P.O. BOX 71257
CINCINNATI OH 45271


KMK SERVICE CORP.
ONE EAST FOURTH STREET
SUITE 1400
CINCINNATI OH 45202


KNIGHT'S MECHANICAL, LLC
4250 LEITCHFIELD RD.
CECILIA KY 42724


LOCKOLOGY
925 PROSPECT AVE.
ASHLAND KY 41101

```
LOUISVILLE METRO REVENUE COMM
PO BOX 35410
LOUISVILLE KY 40232-5410


MARY KAYE GRAHAM
C/O MS. JULIANNE H. TACKETT
TACKETT LAW OFFICE, PLLC
600 WEST MAIN, STE. 100
LOUISVILLE KY 40202


MBM CORPORATION
PO BOX 800
ROCKY MOUNT NC 27802


MICHIGAN ATTORNEY GENERAL
P.O. BOX 30212
LANSING MI 48909


MICHIGAN DEPARTMENT
OF TREASURY
PO BOX 30199
LANSING MI 48909


MIKE CLARK HEATING COOLING REF
100 ZACHARY DRIVE
MOUNT WASHINGTON KY 40047


NANCY L. PILBEAM
9299 NORTHCREEK WOODS
LAMBERTVILLE MI 48144


NELBUD
51 KOWEBA LANE
INDIANAPOLIS IN 46201


NOLIN RURAL ELECTRIC CO-OP
411 RING RD.
ELIZABETHTOWN KY 42701


NORTON & ASSOCIATES PLUMBING
4232 REAS LANE
NEW ALBANY IN 47150
```

```
NUCO2 INC
PO BOX 417902
BOSTON MA 02241


OHIO ATTORNEY GENERAL
COLLECTION ENFORCEMENT SECTION
ATTN: BANKRUPTCY UNIT
30 EAST BROAD ST, 14TH FLOOR
COLUMBUS OH 43215


OHIO DEPARTMENT OF TAXATION
ATTN: BANKRUPTCY DIVISION
PO BOX 530
COLUMBUS OH 43216


OHIO MECHANICAL
PO BOX 595
GROVE CITY OH 43123


OHIO REGIONAL INCOME TAX
AGENCY
PO BOX 89475
CLEVELAND OH 44101-6475


OPC PEST SERVICES
P.O. BOX 19201
LOUISVILLE KY 40259


ORKIN - PORTAGE MI
4123 E CENTRE AVE
PORTAGE MI 49002


PATSY PENCE
1040 BEWLEY HOLLOW RD
ELIZABETHTOWN KY 42701


PIAZZA PRODUCE & SPECIALTY FOO
PO BOX 68931
INDIANAPOLIS IN 46268


PILOT TRAVEL CENTERS, LLC
PO BOX 10146
KNOXVILLE TN 37939
```

```
PILOT TRAVEL CENTERS, LLC
ATTN: GENERAL COUNSEL
5508 LONAS ROAD
KNOXVILLE TN 37909


PNC BANK CREDIT CARD
PO BOX 71335
PHILADELPHIA PA 19176


PRESSURE PROS
P.O. BOX 331
ELIZABETHTOWN KY 42702


PRO SERVICES
8132 MERCHANT PLACE
PORTAGE MI 49002


PTS HOSPITALITY, LLC
9299 NORTHCREEK WOODS
LAMBERTVILLE MI 48144


RELIABLE SERVICE CONTRACTORS
5075 CLAY AVE SW
GRAND RAPIDS MI 49548


ROGERS REFRIGERATION
8578 N. 32ND ST.
P.O. BOX 130
RICHLAND MI 49083


ROTO-ROOTER KALAMAZOO MI
5189 KING HIGHWAY
KALAMAZOO MI 49048


SAM'S SEPTIC TANK CLEANING & R
10008 LEITCHFIELD ROAD
CECILIA KY 42724


SHOPPES ON OLENTANGY, LLC
C/O KOHR ROYER GRIFFITH, INC.
1480 DUBLIN ROAD
COLUMBUS OH 43215
```

SIGNMAKERS OF HARDIN COUNTY
326 EAST DIXIE AVENUE
ELIZABETHTOWN KY 42701


SIRNA & SONS PRODUCE
7176 STATE ROUTE 88
RAVENNA OH 44266


SLONE REFRIGERATION CO
2432 GREENUP AVE.
ASHLAND KY 41101


SNAGAJOB
32978 COLLECTION CENTER DRIVE
CHICAGO IL 60693


SYLVANIA ASSOCIATES, LLC.
C/O BENCHMARK DEVELOPMENT CORP
4053 MAPLE ROAD, SUITE 200
BUFFALO NY 14226


THOMAS F. PILBEAM SR.
9299 NORTHCREEK WOODS
LAMBERTVILLE MI 48144


THOMAS F. PILBEAM, JR. TRUST


TOLEDO EDISON
PO BOX 3687
AKRON OH 44309


TRIAD SERVICE CENTER
PO BOX 1803
GRAND RAPIDS MI 49501


UNIFIRST CORPORATION - DALLAS
PO BOX 650481
DALLAS TX 75265


US ATTORNEY
ATTN: DONNA JUSTICE
220 IONIA ST STE 501
GRAND RAPIDS MI 49503

```
US ATTORNEY
ATTN: MICHAEL SHIPARSKI
220 IONIA ST STE 501
GRAND RAPIDS MI 49503


US DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
280 N. HIGH ST.
CASE NO. 23-CV-00503
COLUMBUS OH 43215


V.I.P. REFRIGERATION, HEATING,
2882 JOHNSTOWN ROAD
COLUMBUS OH 43219


WESTGRAND SERVICE COMPANY
711 SIX MILE ROAD NW
COMSTOCK PARK MI 49321


YESCO
4436 DIXIE HWY
SUITE B
LOUISVILLE KY 40216


ZERVAS FACILITY MAINTENANCE IN
5905 GRAND HAVEN RD STE. 100
MUSKEGON MI 49441
```

# United States Bankruptcy Court
## Western District of Michigan

In re __**Denn-Ohio, LLC**__

Debtor(s)

Case No.

Chapter    __11__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Denn-Ohio, LLC**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__**October 31, 2023**__

Date

**/s/ Steven M. Bylenga**

**Steven M. Bylenga P73492**

Signature of Attorney or Litigant

Counsel for    **Denn-Ohio, LLC**

**CBH Attorneys & Counselors, PLLC.**
**MAIN OFFICE**
**25 Division Avenue S., Suite 500**
**Grand Rapids, MI 49503**
**616-608-3061 Fax:616-719-3782**
**nikki@chasebylenga.com**