# Exhibit B

**Store Performance**
Denn-Ohio Entity

| | Week 1 | Week 2 | Week 3 | Week 8 | Projected Nov 22 '23 | | Projected Dec 27 '23 | |
|---|---|---|---|---|---|---|---|---|
| | $ | $ | $ | $ | 1 month $ | % | 1 month $ | % |
| Net Sales | 221.7 | 221.7 | 221.7 | 221.7 | 886.7 | 100.0% | 1,047.9 | 100.0% |
| Food Costs | 57.7 | 57.7 | 57.7 | 57.7 | 230.9 | 26.0% | 273.2 | 26.1% |
| Total Labor Costs | 155.3 | 0.0 | 144.4 | 0.0 | 299.7 | 33.8% | 341.5 | 32.6% |
| Total Prime Costs | 213.1 | 57.7 | 202.2 | 57.7 | 530.7 | 59.8% | 614.6 | 58.7% |
| Total Advertising | 7.1 | 7.1 | 7.1 | 7.1 | 28.4 | 3.2% | 33.7 | 3.2% |
| Royalties | 10.1 | 10.1 | 10.1 | 10.1 | 40.6 | 4.6% | 48.0 | 4.6% |
| Non-Ingredient Costs | 7.1 | 7.1 | 7.1 | 7.1 | 28.4 | 3.2% | 33.6 | 3.2% |
| Repairs & Maintenance | 4.4 | 4.4 | 4.4 | 4.4 | 17.7 | 2.0% | 20.8 | 2.0% |
| Over/Short Cash | 0.7 | 0.7 | 0.7 | 0.7 | 2.8 | 0.3% | 3.8 | 0.4% |
| Property/Liability Insurance | 0.4 | 6.0 | 0.4 | 0.4 | 7.1 | 0.8% | 7.4 | 0.7% |
| Utilities | 0.3 | 0.3 | 34.5 | 0.3 | 35.3 | 4.0% | 41.3 | 3.9% |
| Accounting Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0% | 0.0 | 0.0% |
| Professional Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0% | 0.0 | 0.0% |
| Delivery Fees | 16.5 | 16.5 | 16.5 | 16.5 | 66.0 | 7.4% | 77.7 | 7.4% |
| Rent | 26.4 | 10.0 | 10.0 | 10.0 | 56.5 | 6.4% | 55.5 | 5.3% |
| Property Taxes | 0.8 | 0.8 | 0.8 | 0.8 | 3.4 | 0.4% | 4.0 | 0.4% |
| Other Operating Costs | 8.5 | 8.5 | 8.5 | 8.5 | 33.9 | 3.8% | 38.3 | 3.7% |
| Total Operating Costs | 82.4 | 71.6 | 100.2 | 66.0 | 320.2 | 36.1% | 364.0 | 34.7% |
| Corporate level EBITDA | (73.7) | 92.4 | (80.7) | 98.0 | 35.9 | 4.0% | 69.3 | 6.6% |
| Non-Operating Disbursements: | | | | | | | | |
| Professionals-CBH/Others | 0.0 | (10.0) | 0.0 | 0.0 | (10.0) | | (10.0) | |
| Non-Legal Professionals-Accountants/FA | 0.0 | 0.0 | 0.0 | (35.0) | (35.0) | | (35.0) | |
| Adequate Protection Payments | 0.0 | (30.0) | 0.0 | 0.0 | (30.0) | | (30.0) | |
| Vendor Deposits | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | |
| Other | 0.0 | 0.0 | 0.0 | (20.0) | (20.0) | | 0.0 | |
| Total Non-Operating | 0.0 | (40.0) | 0.0 | (55.0) | (95.0) | | (75.0) | |
| Beginning Cash Balance | 508.4 | 434.7 | 487.0 | 406.3 | 508.4 | | 449.3 | |
| +/- Net Cash flow | (73.7) | 52.4 | (80.7) | 43.0 | (59.1) | | (5.7) | |
| Ending Cash Balance | 434.7 | 487.0 | 406.3 | 449.3 | 449.3 | | 443.6 | |

**Store Performance**
Denn-Ohio Entity

| | Projected Jan 24 '24 $ 1 month | % | Projected Feb 21 '24 $ 1 month | % | Projected Mar 27 '24 $ 1 month | % | Projected Apr 24 '24 $ 1 month | % | Projected May 22 '24 $ 1 month | % | Projected Jun 26 '24 $ 1 month | % | Projected June '24 YTD $ 6 months | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Sales | 852.3 | 100.0% | 866.8 | 100.0% | 1,230.9 | 100.0% | 961.4 | 100.0% | 956.4 | 100.0% | 1,202.0 | 100.0% | 6,069.8 | 100.0% |
| Food Costs | 222.8 | 26.1% | 226.6 | 26.1% | 321.4 | 26.1% | 251.8 | 26.2% | 251.0 | 26.2% | 315.3 | 26.2% | 1,588.9 | 26.2% |
| Total Labor Costs | 274.7 | 32.2% | 280.0 | 32.3% | 394.2 | 32.0% | 309.8 | 32.2% | 308.2 | 32.2% | 386.6 | 32.2% | 1,953.6 | 32.2% |
| Total Prime Costs | 497.5 | 58.4% | 506.6 | 58.4% | 715.6 | 58.1% | 561.6 | 58.4% | 559.3 | 58.5% | 701.9 | 58.4% | 3,542.5 | 58.4% |
| Total Advertising | 27.7 | 3.2% | 28.1 | 3.2% | 39.9 | 3.2% | 31.1 | 3.2% | 31.0 | 3.2% | 38.9 | 3.2% | 196.7 | 3.2% |
| Royalties | 38.4 | 4.5% | 39.0 | 4.5% | 55.4 | 4.5% | 43.3 | 4.5% | 43.1 | 4.5% | 54.1 | 4.5% | 273.2 | 4.5% |
| Non-Ingredient Costs | 29.5 | 3.5% | 29.9 | 3.5% | 42.5 | 3.5% | 33.2 | 3.5% | 32.9 | 3.4% | 41.2 | 3.4% | 209.2 | 3.4% |
| Repairs & Maintenance | 15.7 | 1.8% | 15.9 | 1.8% | 22.5 | 1.8% | 17.6 | 1.8% | 17.5 | 1.8% | 21.9 | 1.8% | 111.1 | 1.8% |
| Over/Short Cash | 2.0 | 0.2% | 2.0 | 0.2% | 3.0 | 0.2% | 2.5 | 0.3% | 2.8 | 0.3% | 3.7 | 0.3% | 15.9 | 0.3% |
| Property/Liability Insurance | 7.0 | 0.8% | 7.0 | 0.8% | 7.6 | 0.6% | 7.2 | 0.7% | 7.2 | 0.8% | 7.6 | 0.6% | 43.7 | 0.7% |
| Utilities | 35.1 | 4.1% | 35.8 | 4.1% | 50.2 | 4.1% | 39.8 | 4.1% | 39.6 | 4.1% | 49.3 | 4.1% | 249.8 | 4.1% |
| Accounting Fees | 0.0 | 0.0% | 0.0 | 0.0% | 0.0 | 0.0% | 0.0 | 0.0% | 0.0 | 0.0% | 0.0 | 0.0% | 0.0 | 0.0% |
| Professional Fees | 0.0 | 0.0% | 0.0 | 0.0% | 0.0 | 0.0% | 0.0 | 0.0% | 0.0 | 0.0% | 0.0 | 0.0% | 0.0 | 0.0% |
| Delivery Fees | 64.2 | 7.5% | 64.7 | 7.5% | 92.4 | 7.5% | 70.0 | 7.3% | 68.2 | 7.1% | 85.5 | 7.1% | 445.0 | 7.3% |
| Rent | 53.7 | 6.3% | 54.0 | 6.2% | 66.5 | 5.4% | 57.4 | 6.0% | 58.0 | 6.1% | 66.8 | 5.6% | 356.5 | 5.9% |
| Property Taxes | 3.2 | 0.4% | 3.1 | 0.4% | 4.4 | 0.4% | 3.3 | 0.3% | 3.3 | 0.3% | 4.0 | 0.3% | 21.4 | 0.4% |
| Other Operating Costs | 29.5 | 3.5% | 30.2 | 3.5% | 39.3 | 3.2% | 32.8 | 3.4% | 32.5 | 3.4% | 38.8 | 3.2% | 203.2 | 3.3% |
| Total Operating Costs | 305.9 | 35.9% | 309.9 | 35.8% | 423.7 | 34.4% | 338.3 | 35.2% | 336.0 | 35.1% | 411.8 | 34.3% | 2,125.6 | 35.0% |
| Corporate level EBITDA | 48.9 | 5.7% | 50.3 | 5.8% | 91.6 | 7.4% | 61.6 | 6.4% | 61.1 | 6.4% | 88.2 | 7.3% | 401.7 | 6.6% |
| Non-Operating Disbursements: | | | | | | | | | | | | | | |
| Professionals-CBH/Others | (10.0) | | (10.0) | | (10.0) | | 0.0 | | 0.0 | | 0.0 | | (30.0) | |
| Non-Legal Professionals-Accountants/FA | (35.0) | | (35.0) | | (35.0) | | (20.0) | | (20.0) | | (25.0) | | (170.0) | |
| Adequate Protection Payments | (30.0) | | (30.0) | | (30.0) | | (30.0) | | (30.0) | | (30.0) | | (180.0) | |
| Vendor Deposits | 0.0 | | 0.0 | | 0.0 | | 0.0 | | 0.0 | | 0.0 | | 0.0 | |
| Other | 0.0 | | 0.0 | | 0.0 | | 0.0 | | 0.0 | | 0.0 | | 0.0 | |
| Total Non-Operating | (75.0) | | (75.0) | | (75.0) | | (50.0) | | (50.0) | | (55.0) | | (380.0) | |
| Beginning Cash Balance | 443.6 | | 417.4 | | 392.7 | | 409.3 | | 420.9 | | 432.0 | | 443.6 | |
| +/- Net Cash flow | (26.1) | | (24.7) | | 16.6 | | 11.6 | | 11.1 | | 33.2 | | 21.7 | |
| Ending Cash Balance | 417.4 | | 392.7 | | 409.3 | | 420.9 | | 432.0 | | 465.3 | | 465.3 | |